UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASEAN BONIE,

                Plaintiff,

        -against-

ANTHONY ANNUCCI, ET AL.,

                Defendants.

20-CV-2409 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

On May 14, 2020, the Court received a letter from Plaintiff, advising the Court that he wishes to withdraw his complaint. (ECF 9). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court grants Plaintiff's request to withdraw this action.

Accordingly, the complaint is voluntarily dismissed. *See* Fed. R. Civ. P. 41(a). This order shall be mailed in chambers.

SO ORDERED.

Dated:   May 14, 2020
            New York, New York

                                                    Louis L. Stanton
                                                        U.S.D.J.